# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## MARTINSBURG DIVISION

| | |
|---|---|
| SARA WILLIAMSON, | CIVIL ACTION |
| Plaintiff, | No.:  3:22-cv-00177-GMG-RWT |
| v. | JUDGE GINA M. GROH |
| PIERRE POE and 92 TRUCKING LLC, a Tennessee Corporation, | |
| Defendants. | |

## AGREED DISMISSAL ORDER

AND NOW, come Plaintiff, Sara Williamson, and Defendants, Pierre Poe and 92 Trucking, LLC, by and through their respective undersigned counsel, and advise the Court that the above-styled civil action has been compromised and resolved.

Therefore, it is hereby ORDERED that this civil action be, and the same hereby is, dismissed with prejudice, with each parties to bear their own costs and attorney's fees.

This Order disposes of all remaining claims in this matter.  Accordingly, the Clerk is hereby directed to strike this matter from the Court's docket.

The Clerk is further directed to transmit copies of this Order to Counsel of Record and any unrepresented parties.

It is so ORDERED.

ENTERED  10th  DAY OF _____ October _____, 2023.

_____
The Honorable Judge Gina M. Groh

/s/ Samuel A. Hrko *(w/permission)*

Samuel A. Hrko, Esquire
Bailey Glasser, LLP
209 Capitol Street
Charleston, WV  25301
shrko@baileyglasser.com

*Counsel for Plaintiff*

/s/ Joseph B. Lancos *(w/permission)*

Joseph B Lancos, Esquire (Pro Hac Vice)
The Bruner Law Firm
3201 W. Hwy. 98
Panama City, FL 32401
joseph@brunerfirm.com

*Co-Counsel for Plaintiff*

/s/ Jordan C. Hettrich

Jordan C. Hettrich, Esquire
Pion, Nerone, Girman, Winslow & Smith, P.C.
1500 One Gateway Center
420 fort Duquesne Blvd.
Pittsburgh, PA  15222

*Counsel for Defendants, Pierre Poe and 92 Trucking, LLC*